No. 11-6543. Errol Underwood, Petitioner v. Kathy Prosper, Warden.

565 U.S. 1066, 132 S. Ct. 772, 181 L. Ed. 2d 496, 2011 U.S. LEXIS 8625.

November 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

No. 11-6549. Chung Kao, Petitioner v. Mike Knowles, Warden, et al.

565 U.S. 1066, 132 S. Ct. 772, 181 L. Ed. 2d 496, 2011 U.S. LEXIS 8651.

November 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

No. 11-6551. Timothy Joe Owens, Petitioner v. Kenneth S. Tucker, Secretary, Florida Department of Corrections, et al.

565 U.S. 1066, 132 S. Ct. 773, 181 L. Ed. 2d 496, 2011 U.S. LEXIS 8514.

November 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

No. 11-6559. Rommel Amos, Petitioner v. McQua Jones, Warden.

565 U.S. 1066, 132 S. Ct. 773, 181 L. Ed. 2d 496, 2011 U.S. LEXIS 8617.

November 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 646 F.3d 199.

No. 11-6563. Timothy W. Brown, Petitioner v. Arkansas Department of Human Services, et al.

565 U.S. 1066, 132 S. Ct. 773, 181 L. Ed. 2d 496, 2011 U.S. LEXIS 8526.

November 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 452 Fed. Appx. 690.

No. 11-6565. Marvin M. Parker, Petitioner v. Harold W. Clarke, Director, Virginia Department of Corrections.

565 U.S. 1066, 132 S. Ct. 773, 181 L. Ed. 2d 496, 2011 U.S. LEXIS 8537.

November 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 435 Fed. Appx. 292.

No. 11-6572. Charles Winton Land, Petitioner v. Texas.

565 U.S. 1066, 132 S. Ct. 773, 181 L. Ed. 2d 496, 2011 U.S. LEXIS 8614.

November 28, 2011. Petition for writ of certiorari to the Court of Appeals of Texas, Fifth District, denied.